UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANTHONY C. OTTAH,

        Plaintiff,

      -against-

CARL IFEACHO NWABUDA and
EDWIN ONYEMELUKWE,

        Defendants.
------------------------------------------------------------------x

**JUDGMENT**
16-CV-4241 (RRM) (LB)

A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendants without prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; and that all claims brought by plaintiff as against defendants are dismissed without prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       October 31, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge